No. 52. DEFER v. DE MAY. Error to the Supreme Court of the State of Michigan. Argued and submitted October

20, 1897. Decided October 25, 1897. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Burlington, Cedar Rapids &c. Railway* v. *Simmons,* 123 U. S. 52; *McGourkey* v. *Toledo & Ohio Central Railway,* 146 U. S. 536, and cases cited. *Mr. George William Moore* for plaintiff in error. *Mr. George Gartner* for defendants in error.